-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VIZALINE, LLC
BRENT MELTON                    PLAINTIFFS/COUNTER-DEFENDANTS

V.                              CAUSE NO. 3:18-cv-00531-LG-RHW

SARAH TRACY, PE
BILL MITCHELL, PE/PS
JOSEPH FRANKLIN LAUDERDALE, PE/PS
JOSEPH E. LAUDERDALE, PE
STEVEN A. TWEDT, PE
DR. DENNIS D. TRUAX, PE
RICHARD THOMAS TOLBERT, PS
JOE W. BYRD, PS
AND SHANNON D. TIDWELL, PS
IN THEIR OFFICIAL CAPACITIES AS
MEMBERS OF THE
MISSISSIPPI BOARD OF LICENSURE
FOR PROFESSIONAL
ENGINEERS AND SURVEYORS        DEFENDANTS/COUNTER-PLAINTIFFS

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

Defendants/Counter-Plaintiffs hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(II) that their Counterclaim be dismissed without prejudice, with each party bearing that party's owns attorney's fees and costs.

Dated: June 23, 2020.

Agreed:

*Paul V. Avelar*
_____
Paul V. Avelar, admitted *Pro Hac Vice*
INSTITUTE FOR JUSTICE
398 South Mill Avenue, Suite 301
Tempe, AZ 85281
Tel. 480.557.8300
Fax. 480.557.8305
pavelar@ij.org

Adam Stone, MSB NO. 10412
Kaytie Michelle Pickett, MSB NO. 103202
JONES WALKER LLP
190 East Capitol Street, Suite 800
Jackson, MS 39201
Tel. 601.949.4900

Counsel for PLAINTIFFS/COUNTER-DEFENDANTS


*J. Wade Sweat*
_____
J. Wade Sweat, MSB NO. 9933
SPECIAL ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
Email: wswea@ago.ms.gov

Counsel for DEFENDANTS/COUNTER-PLAINTIFFS